# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA T. MOON,**

        **Plaintiff,**

**-vs-**          Case No. 6:11-cv-1322-Orl-28DAB

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)**
>
> **FILED:**     **August 10, 2011**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    According to the papers filed, Plaintiff has a monthly income of $2,786.00, expenses of less than a thousand dollars a month, assets of a home (with substantial equity), a car (without equity) and a bank account, and no debts. As Plaintiff's regular income well exceeds her claimed expenses, and she has other assets, she has not shown that she is entitled to proceed as a pauper in this action. It is recommended that the motion be **denied,** and Plaintiff be required to pay the filing fee in order to proceed with the action.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 11, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy