# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA T. MOON,**

        **Plaintiff,**

**-vs-**                                **Case No.  6:11-cv-1322-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) filed August 10, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 11, 2011 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

    3.    Plaintiff shall pay the filing fee in order to proceed with this case within fourteen (14) days from the date of this Order.

4.      Failure to pay the filing fee within the time set forth above, will result in this case being closed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party